Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL II

| | | |
|---|---|---|
| OSOLI, CORP.<br><br>Parte Recurrente<br><br>v.<br><br>MUNICIPIO AUTÓNOMO DE PONCE, representado por la Alcaldesa, Hon. Marlese Sifre Rodríguez, JUNTA DE SUBASTAS DEL MUNICIPIO AUTÓNOMO DE PONCE<br><br>Parte Recurrida<br><br>ADP ALARMAS DE PONCE, INC.<br><br>Licitador Agraciado | TA2026RA00274 | *Revisión Judicial de Determinación Administrativa* procedente de la Junta de Subastas del Municipio de Ponce<br><br>Subasta Núm. SG2-2026-079<br><br>Sobre: Sistema de Alarmas y Vigilancia Virtual para Dependencias Municipales |

Panel integrado por su presidenta, la Jueza Cintrón Cintrón, el Juez Rodríguez Flores y la Jueza Díaz Rivera

Rodríguez Flores, Juez Ponente

**SENTENCIA**

En San Juan, Puerto Rico, a 18 de junio de 2026.

El 26 de mayo de 2026, OSOLI, CORP. (en adelante, OSOLI) presentó un *Recurso de Revisión Judicial* en el que impugnó la adjudicación de la Subasta Núm. SG2-2026-079, Sistema de Alarmas y Vigilancia Virtual para Dependencias Municipales, emitida por la Junta de Subastas del Municipio de Ponce.[1] Con su recurso, acompañó una *Moción en Solicitud de Auxilio de Jurisdicción,* mediante la cual solicitó la paralización de los efectos del aviso de adjudicación de la subasta hasta tanto se adjudicara el recurso presentado.[2]

El 3 de junio de 2026, emitimos una *Resolución*[3] en la que ordenamos la paralización de todos los efectos del Aviso de

---

[1] *Recurso de Revisión Judicial,* Expediente Electrónico del Sistema Unificado de Manejo y Administración de Casos para el Tribunal de Apelaciones (SUMAC-TA), Entrada 1.
[2] *Moción en Solicitud de Auxilio de Jurisdicción, Íd.,* entrada 2.
[3] *Resolución, Íd.,* entrada 3.

Adjudicación de la Subasta Núm. SG2-2026-079, incluyendo la firma del contrato pendiente a la adjudicación en el Municipio de Ponce. Así también, concedimos al Municipio de Ponce hasta el 11 de junio de 2026 para expresar su postura en cuanto al Recurso.

El 8 de junio de 2026, la Junta de Subastas del Municipio de Ponce compareció mediante una *Moción Informativa y en Solicitud de Desestimación de Revisión Judicial por Academicidad*.[4] En esta, informó que canceló *motu proprio* la adjudicación la Subasta Núm. SG2-2026-079, mediante Resolución 079 A.I.I.O.A Serie 2025-2026, aprobada el 3 de junio de 2026, con el propósito de llevar a cabo un nuevo proceso de licitación abierto y competitivo.

Ante tal petición, emitimos *Resolución*[5] en la que le concedimos dos (2) días a OSOLI para replicar a la solicitud de desestimación promovida por la Junta de Subastas del Municipio de Ponce.

El 11 de junio de 2026, OSOLI presentó su *Moción en Cumplimiento de Orden*[6] y expresó no tener reparo ni objeción alguna en que se desestime el recurso por haberse tornado académico. Específicamente, indicó que "la determinación cuya revisión se solicita ya no produce efectos jurídicos y ha sido sustituida por la intención de iniciar un nuevo procedimiento de subasta".[7]

En vista de que los hechos de este caso han cambiado, tornando en inexistente la controversia entre las partes, decretamos la desestimación del recurso ante nuestra consideración por haberse tornado académico, conforme nos autoriza la Regla 83(B)(5) del Reglamento del Tribunal de Apelaciones, según enmendada, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 42, 215 DPR __

---

[4] *Moción Informativa y en Solicitud de Desestimación de Revisión Judicial por Academicidad, Íd.,* entrada 4.
[5] *Resolución, Íd.*, entrada 5.
[6] *Moción en Cumplimiento de Orden, Íd.,* entrada 6.
[7] *Íd.*, pág. 2.

(2025). Conforme a lo resuelto, dejamos sin efecto nuestra *Resolución* emitida el 3 de junio de 2026.

Notifíquese.

Lo acuerda y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

La Jueza Cintrón Cintrón disiente sin voto escrito.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones